**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**MAY 26 1999**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

LISA A. JOHNSON,

      Plaintiff-Appellant,

v.

INTERNATIONAL ASSOCIATION OF
MACHINIST AND AEROSPACE
WORKERS, DENVER, CO,

      Defendant-Appellee.

No. 99-1040
(D.C. No. 98-D-2526)
(D. Colo.)

LISA A. JOHNSON,

      Plaintiff-Appellant,

v.

UNITED AIRLINES, DENVER, CO,

      Defendant-Appellee.

No. 99-1041
(D.C. No. 98-D-2527)
(D. Colo.)

LISA A. JOHNSON,

      Plaintiff-Appellant,

v.

INTERNATIONAL ASSOCIATION OF
MACHINIST AND AEROSPACE
WORKERS, OMAHA, NE,

      Defendant-Appellee.

No. 99-1048
(D.C. No. 98-D-2525)
(D. Colo.)

LISA A. JOHNSON,

      Plaintiff-Appellant,

v.

UNITED AIRLINES, OMAHA, NE,

      Defendant-Appellee.

No. 99-1056
(D.C. No. 98-D-2528)
(D. Colo.)

---

**ORDER AND JUDGMENT**[*]

---

Before **SEYMOUR**, Chief Judge, **BALDOCK**, and **HENRY**, Circuit Judges.[**]

---

Plaintiff Lisa A. Johnson commenced the above actions in the district court by submitting a pro se motion for leave to proceed pursuant to 42 U.S.C. § 2000e-5(f)(1) and 28 U.S.C. § 1915. Because the documentation Plaintiff submitted in each case was deficient, the district court entered an order directing her to cure the deficiencies in her filings within thirty days if she wished to pursue her claims. Among other things, Plaintiff had failed to submit a complaint for any of her claims. When Plaintiff failed to

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

[**] After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of these appeals. See Fed. R. App. P. 34(a)(2)(C). The appeals are therefore ordered submitted without oral argument.

respond to the order to cure the deficiencies, the district court dismissed her actions without prejudice for failure to cure. Plaintiff appealed. Our jurisdiction arises under 29 U.S.C. § 1291. See Mobley v. McCormick, 40 F.3d 337, 339-40 (10th Cir. 1994) (dismissal of pro se plaintiff's case was final and appealable where district court intended to dismiss entire case and would permit plaintiff to refile new action only upon compliance with certain conditions).

In her appellate briefs, Plaintiff seeks to address the merits of her appeals. The district court made it quite clear, however, that until Plaintiff complies with its directives, she will not be permitted to proceed. We find nothing erroneous in the district court's position. Accordingly, we affirm the district court's dismissal of Plaintiff's actions without prejudice.

AFFIRMED.

Entered for the Court,


Bobby R. Baldock
Circuit Judge

3